UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM J. VERSTRATE,<br><br>                 Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                 Defendant. | Case No. 14-5212 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 17) recommending that this case be remanded, based on the stipulation of the parties (Dkt. 16). It is therefore ORDERED:

(1) The Court ADOPTS the Report and Recommendation; and

(2) The Court REVERSES and REMANDS for further administrative proceedings.

DATED this 31st day of July, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION